## Puchaski *v.* Puchaski, Appellant.

Argued March 19, 1973.

*Jack A. Rounick,* with him *Emanuel A. Bertin,* and *Moss, Rounick & Hurowitz,* for appellant; *Ronald E. Robinson,* with him *Mark B. Dischell,* and *Pearlstine, Salkin, Hardiman, Robinson & Hunn,* for appellee.

Appeal quashed.

## Saul, *v.* Rittle et al., Appellants.

Argued April 9, 1973. *Charles L. Stonage,* for defendants; *James C. Larrimer,* with him *Dougherty, Larrimer & Lee,* for plaintiff.

Orders affirmed.

## Schneck *v.* Smith (et ux., Appellant).

Argued March 26, 1973. *C. Fonzone,* with him *John P. Thomas,* and *Walker, Thomas & Karess,* for appellant; *William E. Schantz,* with him *Victor F. Cavacini,* and *Snyder, Doll & Schantz,* for appellee.

OPINION PER CURIAM: The order granting a new trial is modified with direction to grant a new trial generally on all issues, and as modified is affirmed.